**Order entered June 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00290-CV

### IN RE PATRICK DAUGHERTY, Relator

### AND

### PATRICK DAUGHERTY, Appellant

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P. AND CORNERSTONE HEALTHCARE GROUP HOLDINGS, INC., Appellees

**Original Proceeding and Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date in this consolidated original proceeding and appeal, we **CONDITIONALLY GRANT** relator Patrick Daugherty's petition for writ of mandamus. We **ORDER** the Honorable Martin Hoffman, trial judge of the 68th Judicial District Court, Dallas County, Texas, to issue an order vacating his January 3, 2018 order granting Highland Capital Management, L.P.'s Motion for Sanctions. We further **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his

order issued in compliance with this order.  Should the trial judge fail to comply with this order, the writ will issue.

We **ORDER** the real parties in interest to bear the costs, if any, of this original proceeding.

/s/    ROBERT M. FILLMORE
JUSTICE